# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

In Re: Anthony Mark Garrett,

    Debtor.

_____/

Chapter 13
Case No. 03-06630-8G3

## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

Claimant, William Bruce Smith, as personal representative of the estate of the decedent, Douglas H. Smith,[1] by and through his undersigned counsel, moves this court for an order granting Claimant's Motion for Payment of Unclaimed Funds now on deposit in the Registry of the United States Bankruptcy Court, and in support of Claimant's right to claim said funds, states:

1.    The Smith Law Group, P.A., was a Florida professional association and a creditor in the above captioned bankruptcy case. A proof of claim was filed in the above captioned bankruptcy case on behalf of The Smith Law Group, P.A., on July 9, 2003 in the amount of $2,430.00, and was assigned claim number three (3) (the "Claim") by the Clerk of Court. A copy of the Notice of Claim Filed by Debtor/Trustee, dated August 13, 2003, is attached to this Motion as Exhibit "D".

2.    On February 27, 2004, this Court allowed the Claim and ordered disbursement by the Trustee, Terry E. Smith. A copy of the Order Allowing and

---

[1] On December 20, 2005, Circuit Court Judge Ronald A. Herring declared and appointed William Bruce Smith as the personal representative of the estate of Douglas H. Smith, with full power to administer the estate and ask, demand, sue for, recover and receive property of the decedent, according to the Order Admitting Will to Probate and Appointing Personal Representative, along with the Letters of Administration, as well as in accordance with the Last Will and Testament of Douglas H. Smith, all of which are attached to this Motion as Exhibits "A", "B", and "C".

Disallowing Claims and Ordering Disbursements is attached to this Motion as Exhibit "E".

3.     The confirmed Chapter 13 Plan, as amended by the Corrective Order Confirming Plan, dated February 5, 2004, which is attached to this Motion as Exhibit "F", provided that the Claim was a priority claim and was to be paid in full, without interest, in equal installments over the remaining life of the Plan and concurrent with pro rata distributions to the allowed general unsecured claims.

4.     According to page 5 of the Trustee's Final Report and Accounting, dated July 30, 2007, which is attached to this Motion as Exhibit "G", the Trustee issued a check, numbered 501278, in the amount of $2,430.00, made payable to The Smith Law Group, P.A. (the "Check"), on November 27, 2006.  On May 2, 2007, the Check was voided and the Trustee issued a new check, numbered 515815, in the amount of $2,430.00, made payable to the Clerk of the U.S. Bankruptcy Court.

5.     Claimant believes that the Check was mailed to an incorrect mailing address and was subsequently returned to the Trustee by the postal service.  Upon return of the check, Claimant alleges that funds in the amount of $2,430.00 were deposited in the Registry of the U.S. Bankruptcy Court on behalf of The Smith Law Group, P.A., pursuant to 11 U.S.C. § 347(a).  According to the Trustee's Final Report and Accounting, the Trustee certified to the Court and to the United States Trustee that the estate in the above-captioned bankruptcy case had been fully administered, all disbursements were complete, and no funds remained in the estate.

6.     The Debtor received his discharge on January 19, 2007, and a Final Decree was entered on January 23, 2008, closing the above-captioned bankruptcy case.

A copy of the Discharge of Debtor After Completion of Chapter 13 Plan, along with a copy of the Final Decree are attached as Exhibits "H" and "I", respectively.

7.     The entire stock of The Smith Law Group, P.A, was solely owned by Douglas H. Smith, according to Schedule K-1 from the 2005 U.S. Income Tax Return for The Smith Law Group, P.A., which is attached to this Motion as Exhibit "J". Moreover, Douglas H. Smith was the named registered agent and sole officer of The Smith Law Group, P.A., according to the filing information for The Smith Law Group, P.A., obtained from www.sunbiz.org, a copy of which is attached as Exhibit "K".

8.     On November 11, 2005, Douglas H. Smith, who was the sole owner, officer, and agent of The Smith Law Group, P.A., died. A certified copy of the death certificate of Douglas H. Smith is attached as Exhibit "L". Upon his death, the entire stock of The Smith Law Group, P.A., along with the ancillary rights of ownership, became a part of the estate of Douglas H. Smith. Furthermore, as the personal representative of the estate of Douglas H. Smith and pursuant to sections 733.608 and 733.612, Florida Statutes (2007), Claimant has the authority to act on behalf of the decedent, Douglas H. Smith, who was the sole owner, officer, and agent of The Smith Law Group, P.A., including, but not limited to, the authority to: (1) retain assets owned by the decedent; (2) receive assets from fiduciaries or other sources; (3) vote stocks of a solely-owned corporation; (4) consent directly to the liquidation of a solely-owned corporation; (5) prosecute or defend claims in any jurisdiction for the protection of the estate; and (6) satisfy and settle claims.

9.     On September 15, 2006, The Smith Law Group, P.A., was administratively dissolved.     Notwithstanding dissolution, Claimant may still act

according to his authority as personal representative of the estate of Douglas H. Smith, who was the sole owner, officer, and agent of The Smith Law Group, P.A. More specifically, "[a] dissolved corporation continues its existence" and may "wind up and liquidate its business and affairs," including the collection of corporate assets and the distribution of the remaining property to the corporate shareholders, pursuant to section 607.1405, Florida Statutes (2007).

10.     As the personal representative of the sole owner, officer, and agent of The Smith Law Group, P.A., Claimant has the right to claim funds in the amount of $2,430.00, held in the Registry of the United States Bankruptcy Court on behalf of The Smith Law Group, P.A.

11.     In accordance with the guidelines of the U.S. Bankruptcy Court, Middle District of Florida, Tampa Division, the following documents are attached to this Motion, giving Claimant full rights to collect any asset entitled to The Smith Law Group, P.A.: (1) a certified copy of the Order Admitting Will to Probate and Appointing Personal Representative, along with a certified copy of the Letters of Administration, as well as a copy of the Last Will and Testament of Douglas H. Smith and the Schedule K-1 from the 2005 U.S. Income Tax Return for The Smith Law Group, P.A., all of which grant Claimant authority to recover assets entitled to Douglas H. Smith, who was the sole owner, officer, and agent of The Smith Law Group, P.A.; (2) a certified copy of the death certificate of Douglas H. Smith; and (3) a certified copy of the Oath of Personal Representative, Designation of Resident Agent and Acceptance, which is attached to this Motion as Exhibit "M", in which Claimant states under oath as affiant that he is qualified

to serve as personal representative of the estate of Douglas H. Smith under the state law requirements as defined in the Florida Probate Code.

12.  Claimant's mailing address is: The Estate of Douglas H. Smith, c/o Peterson & Myers, P.A., Post Office Box 24628, Lakeland, Florida, 33802-4628. Claimant's telephone number is (863) 683-6511. Claimant's tax identification number is 04-7022589.

Claimant certifies under penalty of perjury that all statements made by Claimant on this Motion and any attachments required for this Motion are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests this Court to enter an Order authorizing payment of the dividend due upon this Claim.

Respectfully submitted,

PETERSON & MYERS, P.A.

BY: /s/ Andrea Teves Smith
    ANDREA T. SMITH, ESQ.
    Florida Bar No. 0028861
    Philip O. Allen, Esq.
    Florida Bar No. 167375
    Post Office Box 24628
    Lakeland, Florida 33802-4628
    (863) 683-6511
    Counsel for the Estate of
    Douglas H. Smith

## CERTIFICATE OF SERVICE

I certify that I have mailed a copy of this Motion to the U.S. Attorney, Attn: Civil Procedures Clerk, 400 N. Tampa St., Ste. 3200, Tampa, FL 33602 on this 28th day of July, 2008.

/s/ Andrea Teves Smith
Andrea T. Smith, Esq.