# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# FORT MYERS DIVISION

In re:

Anthony Mark Garrett

Case No. 8:03-bk-06630-PMG

_____Debtor*_____/

## ORDER GRANTING
## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

**THIS CASE** came on for consideration, ex parte, upon Motion for Payment of Unclaimed Funds filed by Andrea T. Smith, Esquire on behalf of William Bruce Smith, as personal representative of the Estate of the decedent, Douglas H. Smith. The Court having reviewed the record and being advised by the Financial Administrator finds that the sum of $2,430.00 has been deposited in the Registry of the Court and that the Motion should be granted.

Accordingly, it is

**ORDERED** that the Motion for Payment of Unclaimed Funds filed by Andrea T. Smith, Esquire on behalf of William Bruce Smith, as personal representative of the Estate of the decedent, Douglas H. Smith be and the same hereby is granted. The Clerk of Court for the United States Bankruptcy Court shall pay the unclaimed funds in the total amount of $2,430.00 to the order of: William Bruce Smith, Personal Representative for the Estate of Douglas H. Smith c/o Peterson & Myers, P.A., Post Office Box 24628, Lakeland, Florida 33802.

**DONE AND ORDERED** on _October 6, 2008_.

_____
Paul M. Glenn
Chief Bankruptcy Judge

---

* All references to "Debtor" shall include and refer to both of the Debtors in a case filed jointly by two individuals.